PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JEFFREY S. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone: (202) 514-0375
Facsimile: (202) 514-8865

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ALEXIS STRAUSS, ACTING REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EPA'S RESPONSE TO THE COMPLAINT** |

Defendants United States Environmental Protection Agency and Acting Regional Administrator Alexis Strauss (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP"), Central Valley Clean Water Association ("CVCWA"), National Association of Clean Water Agencies ("NACWA"), and Bay Area Clean Water Agencies ("BACWA"), through their respective attorneys, hereby submit this stipulation and respectfully request that the deadline for EPA's response to Plaintiffs' Complaint be extended until May 12, 2017.  The extension request is based on undersigned EPA counsel's unavailability because she is in trial in another case that is scheduled to finish on or around March 21, 2017, and because findings of fact and conclusions of law will be submitted after the conclusion of this trial.

Respectfully submitted,

Dated:   February 13, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated:  February 13, 2017

DOWNEY BRAND LLP

*/s/ Melissa A. Thorme*

MELISSA A. THORME
ASHLEY M. PORTER

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE