```
PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
```

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ALEXIS STRAUSS, ACTING REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO RE-SCHEDULE THE HEARING DATE FOR EPA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>**Current Date**: August 24, 2017<br>Time:   2:00 p.m.<br>Place:  Courtroom 7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr.<br><br>**Proposed Date**: August 10, 2017<br>Time:   2:00 p.m.<br>Place:  Courtroom 7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr. |

Defendants United States Environmental Protection Agency and Acting Regional Administrator Alexis Strauss (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP"), Central Valley Clean Water Association ("CVCWA"), National Association of Clean Water Agencies ("NACWA"), and Bay Area Clean Water Agencies ("BACWA"), through their respective attorneys,

hereby submit this stipulation and respectfully request that the currently scheduled August 24, 2017 hearing date for EPA's motion to dismiss the First Amended Complaint [Minute Order, ECF No. 22] be changed to August 10, 2017 because lead counsel for Plaintiffs and EPA are traveling and unavailable on August 24, 2017.  The current briefing deadlines would remain unchanged with Plaintiffs' opposition due July 13, 2017 and EPA's reply due July 20, 2017.

Joint Stipulation And [Proposed] Order To Re-Schedule The Hearing Date For Epa's Motion To Dismiss The First Amended Complaint

Respectfully submitted,

Dated:   July 12, 2017    PHILLIP A. TALBERT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated:  July 12, 2017    DOWNEY BRAND LLP

*/s/ Melissa A. Thorme*

MELISSA A. THORME
ASHLEY M. PORTER

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: July 20, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE