McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JEFFREY S. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 514-0375
Facsimile: (202) 514-8865

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ALEXIS STRAUSS, ACTING REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR EPA'S RESPONSE TO THE SECOND AMENDED COMPLAINT** |

Defendants United States Environmental Protection Agency and Acting Regional Administrator Alexis Strauss (collectively, "EPA") and Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP"), Central Valley Clean Water Association ("CVCWA"), and Bay Area Clean Water Agencies ("BACWA"), through their respective attorneys, respectfully stipulate to extend the time period for EPA's response to the Second Amended Complaint from May 21, 2018 to May 30, 2018.

Respectfully submitted,

Dated: May 16, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated: May 16, 2018

DOWNEY BRAND LLP

*/s/ Melissa A. Thorme*

MELISSA A. THORME
PATRICK VEASY

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

**Dated: May 18, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE