McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JEFFREY S. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 514-0375
Facsimile: (202) 514-8865

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MIKE STOKER, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT EPA REGIONAL ADMINISTRATOR AND ORDER** |

NOTICE IS HEREBY GIVEN that Mike Stoker has replaced Alexis Strauss as the United States Environmental Protection Agency, Regional Administrator, Region 9. Accordingly, pursuant to Fed. R. Civ. P. 25(d), Mike Stoker is automatically substituted as Defendant Regional Administrator, and all further proceedings in this action shall "be in the substituted party's name."

Respectfully submitted,

Dated: May 29, 2018

McGREGOR W. SCOTT
United States Attorney

　/s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: June 7, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE