McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

JEFFREY S. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone: (202) 514-0375
Facsimile: (202) 514-8865

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ALEXIS STRAUSS, ACTING REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**JOINT STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR EPA'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP"), Central Valley Clean Water Association ("CVCWA"), and Bay Area Clean Water Agencies ("BACWA"), and Defendants United States Environmental Protection Agency and Acting Regional Administrator Alexis Strauss (collectively, "EPA"), through their respective attorneys, respectfully stipulate to extend the time period for Plaintiffs' response to EPA's motion to dismiss the Second Amended Complaint ("SAC") [ECF No. 42] and EPA's reply as indicated below. The Court has vacated the hearing on EPA's motion to dismiss the Second Amended Complaint, so the proposed briefing schedule will not affect the hearing schedule. [ECF No. 43]

| Proposed Briefing Schedule | Current | Proposed |
|---|---|---|
| Plaintiffs' Opposition | June 14, 2018 | August 3, 2018 |
| EPA's Reply | June 21, 2018 | August 20, 2018 |

Respectfully submitted,

Dated: June 8, 2018

McGREGOR W. SCOTT
United States Attorney

  /s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney

Dated: June 8, 2018

DOWNEY BRAND LLP

  /s/ Patrick Veasy

MELISSA A. THORME
PATRICK VEASY
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated: June 14, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE