1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900
6
   JEFFREY S. WOOD
7  Acting Assistant Attorney General
   Environment & Natural Resources Division
8  United States Department of Justice
9  LESLIE M. HILL
   Environmental Defense Section
10 601 D Street N.W., Suite 8000
   Washington D.C. 20004
11 Telephone: (202) 514-0375
12 Facsimile: (202) 514-8865

13 Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA ALLIANCE OF PUBLICLY OWNED TREATMENT WORKS, CENTRAL VALLEY CLEAN WATER ASSOCIATION, and BAY AREA CLEAN WATER AGENCIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MIKE STOKER, REGIONAL ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX; and DOES 1 to 10,<br><br>Defendants. | Case No. 2:16-cv-02960-MCE-DB<br><br>**JOINT STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR EPA'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Plaintiffs Southern California Alliance of Publicly Owned Treatment Works ("SCAP"), Central Valley Clean Water Association ("CVCWA"), and Bay Area Clean Water Agencies ("BACWA"), and Defendants United States Environmental Protection Agency and Regional Administrator Mike Stoker (collectively, "EPA"), through their respective attorneys, respectfully stipulate to extend the time period for Plaintiffs' response to EPA's motion to dismiss the Second Amended Complaint ("SAC") [ECF No. 42] and EPA's reply as indicated below. The Court has vacated the hearing on EPA's motion to dismiss the Second Amended Complaint, so the proposed briefing schedule will not affect the hearing schedule. [ECF No. 43]

| Proposed Briefing Schedule | Current | Proposed |
|---|---|---|
| Plaintiffs' Opposition | August 3, 2018 | September 28, 2018 |
| EPA's Reply | August 20, 2018 | October 16, 2018 |

Respectfully submitted,

Dated: July 31, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney

Dated: July 31, 2018

DOWNEY BRAND LLP

/s/ Patrick Veasy

MELISSA A. THORME
PATRICK VEASY
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: August 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2